IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CORREY J. DARTEZ** | § | **PETITIONER** |
| | § | |
| v. | § | Civil No. 1:20cv50-HSO-JCG |
| | § | |
| **FRANK SHAW** | § | **RESPONDENT** |

## FINAL JUDGMENT

This matter came on to be heard on the Report and Recommendation [18] of United States Magistrate Judge John C. Gargiulo, entered in this case on December 2, 2020. The Court, after a full review and consideration of the Magistrate Judge's Report and Recommendation [18], the record as a whole, and relevant legal authority, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 5th day of January, 2021.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE